**Law Office of Shannon Hooks**
**6910 Hart Lane #510**
**Austin, Texas 78731**
**512 639 7910**

July 7, 2015

Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711

Re: Opinion of Court in Case No. 03-13-00371-CR

Dear Clerk of Court,

I have included with this letter a copy of the Return Receipt for the notification letter that I sent to my client, Mr. Douglas Farirayi, regarding his further rights subsequent to the court's ruling in the above case. In the letter dated June 25, 2015, I advised my client that he has the right to file a *pro se* petition for discretionary review under Rule 68.

Sincerely,

Shannon Hooks


RECEIVED
JUL 0 9 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

DALE TX 78616

| | |
|---|---|
| Postage | $ $3.45 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $0.00 $0.00 |
| Restricted Delivery Fee (Endorsement Required) | N/A N/A |
| | $0.71 |
| Total Postage & Fees | $ $6.96 |



Postmark Here

0138
AUSTIN TX
CHIMNEY CORNERS POST OFFICE
JUL 26 2015
06/26/2015

Sent To *Douglas Farirayi*

Street & Apt. No. or PO Box No. *2619 FM Road 3158*

City, State, ZIP+4 *Dale, TX. 78616*

PS Form 3800, July 2014     See Reverse for Instructions

**COMPLETE THIS SECTION ON DELIVERY**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _[signature]_ ☐ Agent ☑ Addressee

B. Received by (*Printed Name*)  DOUGLAS FABIRAYI

C. Date of Delivery  6-29-15

1. Article Addressed to:

Douglas Fariayi
2619 F.M. Road 3158
Dale, TX
   78616

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No



3. Service Type
   ☐ Certified Mail®  ☐ Priority Mail Express™
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (*Extra Fee*)  ☐ Yes

7015 0920 0001 1709 9238

TX 787

29 JUN '15

PM 4 L



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Law office of Shannon Hook

6910 Hart Lane #510

Austin, TX  78731

**Shannon C. Hooks**

Attorney at Law
6910 Hart Lane #510
Austin, TX 78731

AUSTIN TX 787
RIO GRANDE DISTRICT
06 JUL 2015 PM 3 L

Clerk
Third Court of Appeals
PO Box 12547
Austin, Texas
78711

78711254747